EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Evi Flor Lugo Carlo | 2005 TSPR 89<br><br>164 DPR _____ |

Número del Caso: TS-8683


Fecha: 17 de junio de 2005


Abogada de la Peticionaria:

                    Por Derecho Propio

Oficina Inspección de Notarías:

                    Lcda. Carmen H. Carlos
                    Directora

Colegio de Abogados de Puerto Rico:

                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo




Materia: Renuncia voluntaria al ejercicio de la abogacía.



Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Evi Flor Lugo Carlo          TS-8683

RESOLUCIÓN

San Juan, Puerto Rico, a 17 de junio de 2005

Examinada la Moción presentada por la Lcda. Evi Flor Lugo Carlo, solicitando su renuncia voluntaria al ejercicio de la abogacía, así como la Moción Informativa del Colegio de Abogados de Puerto Rico, presentada el 19 de mayo de 2005, se autoriza a la Lcda. Evi Flor Lugo Carlo a darse de baja voluntariamente de esa institución.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo